UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

114-08 Taipei Inc.

CASE NO. 24 - 41481 (____)

CHAPTER 11

------------------------------------------------------------x

**RELIEF FROM STAY – REAL ESTATE AND
COOPERATIVE APARTMENTS**

BACKGROUND INFORMATION

1. ADDRESS OF REAL PROPERTY OR COOPERATIVE APARTMENT:
114-03 Taipei Court, 114-11 Taipei Court, and 114-21 Taipei Court in Queens, New York 11356

2. LENDER NAME: Strong 7740 LLC

3. MORTGAGE DATE: June 12, 2019

4. POST-PETITION PAYMENT ADDRESS: 377 Pearsall Avenue, Suite C, Cedarhurst NY 11516

DEBT AND VALUE REPRESENTATIONS

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AS OF THE MOTION FILING DATE: $ 4,465,061.19
*(THIS MAY NOT BE RELIED UPON AS A "PAYOFF" QUOTATION.)*

6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY OR COOPERATIVE APARTMENT AS OF THE MOTION FILING DATE: $ 3.5M

7. SOURCE OF ESTIMATED MARKET VALUE: prior offers and marketing by the Borrower

**STATUS OF THE DEBT AS OF THE PETITION DATE**

8. DEBTOR(S)'S INDEBTEDNESS TO MOVANT AS OF THE PETITION DATE:

    A. TOTAL:      $ 4,465,061.19 - judgment

    B. PRINCIPAL:      $_____

    C. INTEREST:      $_____

    D. ESCROW (TAXES AND INSURANCE):      $_____

    E. FORCED PLACED INSURANCE EXPENDED BY MOVANT:      $_____

    F. PRE-PETITION ATTORNEYS' FEES CHARGED TO DEBTOR(S):      $_____

    G. PRE-PETITION LATE FEES CHARGED TO DEBTOR(S):      $_____

9. CONTRACT INTEREST RATE: 9% post judgment
*(IF THE INTEREST RATE HAS CHANGED, LIST THE RATE(S) AND DATE(S) THAT EACH RATE WAS IN EFFECT ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE: ____.)* See proof of claim and Aeder Certifciation

10. OTHER PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR(S)'S ACCOUNT AND NOT LISTED ABOVE:_____
_____
_____

*(IF ADDITIONAL SPACE IS REQUIRED, LIST THE AMOUNT(S) ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE: ____.)*

**AMOUNT OF POST-PETITION DEFAULT AS OF THE MOTION FILING DATE**

11. DATE OF RECEIPT OF LAST PAYMENT: no payments made

12. NUMBER OF PAYMENTS DUE FROM PETITION DATE TO MOTION FILING DATE: 1 PAYMENTS.

13. POST-PETITION PAYMENTS IN DEFAULT:

| PAYMENT DUE DATE | AMOUNT DUE | AMOUNT RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED |
|---|---|---|---|---|---|---|
| 5/1/24 | $32,508.20 | 0 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL: | $ $32,508.20 | $ | $ | $ | $ | $ |

14. OTHER POST-PETITION FEES CHARGED TO DEBTOR(S):

    A. TOTAL: $_____

    B. ATTORNEYS' FEES IN CONNECTION WITH THIS MOTION: $ 2500

    C. FILING FEE IN CONNECTION WITH THIS MOTION: $ 181

    D. OTHER POST-PETITION ATTORNEYS' FEES: $_____

    E. POST-PETITION INSPECTION FEES: $_____

    F. POST-PETITION APPRAISAL/BROKER'S PRICE OPINION FEES: $_____

    G. FORCED PLACED INSURANCE EXPENDED BY MOVANT: $_____

15. AMOUNT HELD IN SUSPENSE BY MOVANT: $ 0

16. OTHER POST-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR(S)'S ACCOUNT AND NOT LISTED ABOVE:_____
_____
_____
*(IF ADDITIONAL SPACE IS REQUIRED, LIST THE AMOUNT(S) ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE: ____.)*

**REQUIRED ATTACHMENTS TO MOTION**

PLEASE ATTACH THE FOLLOWING DOCUMENTS TO THIS MOTION AND INDICATE THE EXHIBIT NUMBER ASSOCIATED WITH EACH DOCUMENT.

(1)　　COPIES OF DOCUMENTS THAT ESTABLISH MOVANT'S INTEREST IN THE SUBJECT PROPERTY. FOR PURPOSES OF EXAMPLE ONLY, THIS MAY BE A COMPLETE AND LEGIBLE COPY OF THE PROMISSORY NOTE OR OTHER DEBT INSTRUMENT TOGETHER WITH A COMPLETE AND LEGIBLE COPY OF THE MORTGAGE AND ANY ASSIGNMENTS IN THE CHAIN FROM THE ORIGINAL MORTGAGEE TO THE CURRENT MOVING PARTY. (EXHIBIT 1-4.)

(2)　　COPIES OF DOCUMENTS THAT ESTABLISH MOVANT'S STANDING TO BRING THIS MOTION. (EXHIBIT 1-4.)

(3)　　COPIES OF DOCUMENTS THAT ESTABLISH THAT MOVANT'S INTEREST IN THE REAL PROPERTY OR COOPERATIVE APARTMENT WAS PERFECTED. FOR THE PURPOSES OF EXAMPLE ONLY, THIS MAY BE A COMPLETE AND LEGIBLE COPY OF THE FINANCING STATEMENT (UCC-1) FILED WITH THE CLERK'S OFFICE OR THE REGISTER OF THE COUNTY IN WHICH THE PROPERTY OR COOPERATIVE APARTMENT IS LOCATED. (EXHIBIT 1-4.)

# DECLARATION AS TO BUSINESS RECORDS

I, Zev Aeder, THE managing member OF Strong 7740 LLC, THE MOVANT HEREIN, DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS FORM AND ANY EXHIBITS ATTACHED HERETO (OTHER THAN THE TRANSACTIONAL DOCUMENTS ATTACHED AS REQUIRED BY PARAGRAPHS 1, 2, AND 3, ABOVE) IS DERIVED FROM RECORDS THAT WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS; THAT THE RECORDS WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND THAT THE RECORDS WERE MADE IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER DECLARE THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS FORM AS REQUIRED BY PARAGRAPHS 1, 2, AND 3, ABOVE, ARE TRUE AND CORRECT COPIES OF THE ORIGINAL DOCUMENTS.

EXECUTED AT _____ ON THIS 16 DAY OF May, 20 24

/s/ Zev Aeder
Zev Aeder &lt;NAME&gt;
Managing Member &lt;TITLE&gt;
Strong 7740 LLC
&lt;MOVANT&gt;
&lt;STREET ADDRESS&gt;
&lt;CITY, STATE AND ZIP CODE&gt;

# DECLARATION

I, Zev Aeder, THE Managing Member OF Strong 7740 LLC, THE MOVANT HEREIN, DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS RECORDS.

EXECUTED AT _____ ON THIS 16 DAY OF May, 20 24

/s/ Zev Aeder
Zev Aeder &lt;NAME&gt;
Managing Member &lt;TITLE&gt;
Strong 7740 LLC
&lt;MOVANT&gt;
&lt;STREET ADDRESS&gt;
&lt;CITY, STATE AND ZIP CODE&gt;